1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JOYCE SPARACINO
6

7

8                    UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      SAN FRANCISCO DIVISION

10
   JOYCE SPARACINO,                          Case No. 3:12-CV-00624-EMC
11
                           Plaintiff,        **STIPULATION OF DISMISSAL
12                                            AND [PROPOSED] ORDER**
         v.
13                                            Fed. R. Civ. P. 41(a)(1)
   ABC LEGAL SERVICES, INC., a Washington
14 corporation; MICHELLE J. PEMBLETON,
   individually and in her official capacity; and
15 DOES 1 through 10, inclusive,

16
                           Defendants.
17

18       Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JOYCE SPARACINO, and Defendant, ABC

19 LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

20       1.   The dispute between the parties has been settled, therefore, the claims asserted by

21 Plaintiff,  JOYCE  SPARACINO,  against  Defendants,  ABC  LEGAL  SERVICES,  INC.,  and

22 MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice,

23 pursuant to Fed. R. Civ. P. 41(a)(1).

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Dated:  December 20, 2012        /s/ Fred W. Schwinn
                                 Fred W. Schwinn, Esq.
                                 Attorney for Plaintiff
                                 JOYCE SPARACINO


Dated:  December 20, 2012        /s/ William S. Weisberg
                                 William S. Weisberg, Esq.
                                 Attorney for Defendant
                                 ABC LEGAL SERVICES, INC.


THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.


Dated: _____        1/10/13

                                 The Honorable Edward M. Chen
                                 Judge of the

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA