Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JOYCE SPARACINO

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCE SPARACINO,<br><br>                        Plaintiff,<br>      v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10, inclusive,<br><br>                        Defendants. | Case No. 3:12-CV-00624-EMC<br><br>**STIPULATION OF DISMISSAL AND [PROP~~OS~~ED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

   Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JOYCE SPARACINO, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

   1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JOYCE SPARACINO, against Defendants, ABC LEGAL SERVICES, INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1 | Dated:  December 20, 2012                        /s/ Fred W. Schwinn
  |                                                  Fred W. Schwinn, Esq.
2 |                                                  Attorney for Plaintiff
3 |                                                  JOYCE SPARACINO

4 |
5 | Dated:  December 20, 2012                        /s/ William S. Weisberg
  |                                                  William S. Weisberg, Esq.
6 |                                                  Attorney for Defendant
  |                                                  ABC LEGAL SERVICES, INC.
7 |
8 |
9 | THE FOREGOING STIPULATION
  | IS APPROVED AND IS SO ORDERED.
10 |
11 | Dated:  _____1/10/13_____
12 |                                                  The Honorable Edward M. Chen
                                                     Judge of the...

IT IS SO ORDERED
Judge Edward M. Chen